# Exhibit C

Loan #: ███████

When recorded, return to:
Norwich Commercial Group, Inc. D/B/A Norcom Mortgage
Attn: Final Documents
38 Security Drive
Avon, CT 06001

NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED   **Bk 18004  PG 538**
Instr # 2019029409
07/26/2019  04:03:25 PM
Pages 3       YORK CO

███████████████

----[Space Above This Line For Recording Data]----

## ASSIGNMENT OF MORTGAGE

THIS **ASSIGNMENT OF MORTGAGE** ("Assignment"), dated as of **Twenty Fifth July 2019** is between **Norwich Commercial Group, Inc. D/B/A Norcom Mortgage**

As assignor ("Lender") and **Mortgage Electronic Registration System, Inc.** ("MERS," as hereinafter further defined) and conveys a certain Mortgage granted by **SARA OHMEIS**

("Borrower") to Lender dated **Twenty Fifth July 2019**.

Lender hereby assigns and conveys all of its right, title and interest in the Mortgage to MERS, in its capacity as Nominee (as hereinafter defined) for Lender. This assignment is for the benefit of Lender, its successors and assigns, all as more fully defined herein.

MERS authority to act on behalf of Lender, its successors and assigns, is pursuant and subject to the MERS Rules. Without limiting the foregoing, MERS has the actual authority to act on Lender's behalf with respect to the matters described herein and the actions described in MERS Rule 2, a copy of a portion of which is attached hereto as Exhibit A.

**NOTICE**

ANY NOTICE TO THE MORTGAGEE REQUIRED OR PERMITTED TO BE GIVEN UNDER OR RELATED TO THE MORTGAGE DESCRIBED HEREIN SHOULD BE DIRECTED TO MERS AT THE ADDRESS PROVIDED BELOW.

**DEFINITIONS:**

As used in this Assignment, the following words have the following meanings. Capitalized terms used in this Assignment without definition have the meaning set forth in the Mortgage.

"Mortgage" means the mortgage assigned hereunder, namely that certain Mortgage, dated **Twenty Fifth July 2019** from Borrower to Lender and recorded in the York County, Maine, Registry of Deeds on 7 /26 /19, Instrument # 2019029409 Book 18004 Page 39.

"MERS" means Mortgage Electronic Registration Systems, Inc., a Delaware corporation and wholly-owned subsidiary of MERSCORP Holdings, having an address at P.O. Box 2026, Flint, MI, 48501-2026, (tel. ███████████)

"MERS Rules" means the MERS System Rules of Membership, to which Lender has assented and by which Lender is bound as a contract.

MERS Mortgage Assignment (MAINE) – Single Family – Fannie Mae/Freddie Mac Uniform Instrument Form 3749 8/17
Norcom Mortgage

Loan #: ▮▮▮▮▮▮▮

"MERS System" means the mortgage electronic registry owned and operated by MERSCORP Holdings created under a system of contractual rules by its members, which Lender has joined, that tracks changes in loan servicing and Note ownership rights for registered mortgage loans as reported by MERS System members. By virtue of this Assignment, the Mortgage and Note have become a registered mortgage loan.

"Nominee" means and refers to MERS as agent for Lender and any successors and assigns of Lender who (a) is a transferee or holder of the Note, and (b) is a member of the MERS System ("Covered Successors"). The MERS Rules also provide that any Covered Successor expressly appoints MERS to serve as its agent under the MERS Rules. As Nominee, MERS has all the rights, duties, powers and authorities to act for Lender and any Covered Successors, as granted under the MERS Rules, a copy of a portion of which is attached hereto.

IN WITNESS WHEREOF, Lender has caused this Assignment to be executed and delivered by **Philip Felix Defronzo**, its duly authorized **PRESIDENT**, as of the date above first written.

LENDER NAME: Norwich Commercial Group, Inc. D/B/A Norcom Mortgage

BY(Print): Philip Felix Defronzo

Signature: _____

Witness Signature: _Jayne Moraski_____

Witness Signature: _Rosa J Holmes_____

State of _CT_
County of _HARTFORD_

The foregoing instrument was acknowledged before me this **Twenty Fifth July 2019**, By **Philip Felix Defronzo, President** of **Norwich Commercial Group, Inc. D/B/A Norcom Mortgage** a **CT** corporation, on behalf of the corporation

Notary Public
Print Name: _Jayne Moraski_
My Commission Expires: _5/31/2023_

Jayne Moraski

MERS Mortgage Assignment (MAINE) – Single Family – Fannie Mae/Freddie Mac Uniform Instrument Form 3749 8/17
Norcom Mortgage

Page 2 of 3

Loan #: ███

# EXHIBIT A – COPY OF PORTION OF MERS SYSTEM OF RULES

**RULE 2 – REGISTRATION ON THE MERS® SYSTEM**

Section 5. (a) MERS shall act as the Nominee of the Note Owner and the Note Owner's successors and/or assigns, including the Note Holder with respect to each MERS Loan that a Member registers on the MERS® System.

(b) Notwithstanding anything to the contrary in these Rules, and without limiting any authority granted in a mortgage made directly to MERS as Mortgagee as Nominee, with respect to any Mortgage that is subsequently assigned by a Mortgagee of Record and Note Owner to MERS as Nominee:

- (i) MERS is expressly appointed as agent for: (1) such Mortgagee of Record and such Mortgagee of Record's successors and/or assigns, and their successors and assigns, and (2) the Note Owner and the Note Owner's successors and/or assigns, including the Note Holder, and their successors and assigns, with the power and authority to exercise the rights and duties of such Mortgagee of Record, Note Owner or Note Holder, to:

    (1) receive any and all notices required or permitted to be given to or received by a mortgagee under a MERS Loan, Mortgage, Security Instrument or applicable law;

    (2) assign and convey (including recording any assignment) all right, title and interest in the Mortgage, for and on behalf of such Mortgagee of Record, Note Owner, or Note Holder;

    (3) release, in whole or in part, any property covered by the Mortgage, and to record any such release; and

    (4) discharge the Mortgage and to record any such discharge.

- (ii) Any Member who executes and records (or causes to be recorded) an assignment of Mortgage or Security Instrument to MERS as Nominee intends to appoint MERS as its agent to execute and record such documents and instruments as it may deem necessary or proper pursuant to the agency granted herein.

- (iii) MERS shall have such other and further authority as an agent with respect to a mortgage assigned as described in Section (b) of this Rule as may now or hereafter be provided in these Rules with respect to MERS Loans generally.

- (iv) As otherwise provided in these Rules, the agency granted under section (b)(i) of this Rule is granted by and for the sole benefit of Members. Upon transfer of any MERS Loan to a person who is not a Member, MERS, acting on behalf of the selling Member, will assign the related Mortgage or Security Instrument in question to such non-member and record such assignment.

(c) In the absence of contrary instructions from the Note Owner, MERSCORP Holdings and MERS may rely on instructions from the Servicer or Subservicer shown on the MERS® System in accordance with these Rules and the Procedures with respect to transfers of legal title of the Note or mortgage, transfers of contractual servicing rights, and releases of any security interests applicable to such mortgage loan. The Note Owner may give instructions that are contrary to those provided by the Servicer and/or the Subservicer that shall supersede all previous instructions by any other Member; provided, however, the Note Owner must deliver such contrary instructions to MERSCORP Holdings in writing (or electronically in an email at an email address specified by MERSCORP Holdings) and the MERS Entities may each rely on such instructions until receipt of further written instructions from the Note Owner.

(d) If the Note Owner or Investor is involved in a dispute with their Servicer, Subservicer or Warehouse Lender, the Members involved shall engage in a good faith effort to resolve the dispute between the parties. If unable to do so, the Note Owner/Investor may notify MERSCORP Holdings in writing regarding activity on the disputed MIN(s), and upon providing proof of ownership, may request that MERSCORP Holdings
(i) process a transfer transaction, or (ii) correct the registration for the disputed MIN(s).

(e) Any Member who purchases any right in a MERS Loan shall, by virtue of such purchase, be deemed to have assented to the terms of this Section 5.

NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED    Bk 19148  PG 930
Instr # 2022047377
11/07/2022 10:30:53 AM
Pages 1        YORK CO

## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns**, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby assign, transfer and set over to **Norwich Commercial Group, Inc. d/b/a Norcom Mortgage**, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945, its successors and assigns, the said mortgage described hereinafter recorded in the York County Registry of Deeds, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

| | |
|---|---|
| Borrower: | Sara Ohmeis |
| Original Holder: | Norwich Commercial Group, Inc. d/b/a Norcom Mortgage |
| Date: | July 25, 2019 |
| Amount: | $233,025.00 |
| Book: | 18004 |
| Page: | 39 |
| MERS # : | [redacted] |
| MERS Address : | P.O. Box 2026, Flint, MI 48501-2026 |
| MERS Ph # : | [redacted] |

**Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns**

Dated: October 20, 2022

By: [signature]
Title: Vice President
Type/Print Name: Harry Swanson

STATE OF   Illinois
COUNTY OF:   Lake

On this 20 day of October, 2022 before me, the undersigned notary public, personally appeared Harry Swanson, the/a Vice President of Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person who signed the preceding or attached document, and acknowledged to me that (s)he signed it voluntarily for its stated purpose and as the free act and deed of Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns.

OFFICIAL SEAL
RENEE M KROPP
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/16/23

Notary Public: [signature]
My commission expires: 6/16/2023

PROPERTY ADDRESS: 42 Summer Street, Biddeford, ME 04005

NANCY E HAMMOND, REGISTER OF DEEDS
Bk 19231 PG 369
Instr # 2023011434
05/02/2023 11:52:49 AM
Pages 1    YORK CO

WHEN RECORDED MAIL TO:
    Return to:
    Orion Financial Group, Inc
    2860 Exchange Blvd
    Suite 100
    Southlake, TX 76092

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, Norwich Commercial Group, Inc. D/B/A Norcom Mortgage, ITS SUCCESSORS AND ASSIGNS, whose address is 38 Security Drive, Avon, CT 06001, Assignor, by these presents does convey, assign, transfer and set over to: Carrington Mortgage Services, LLC, its successors and assigns, whose address is 1600 South Douglass Rd., Ste. 200-A, Anaheim, CA 92806, Assignee, the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for $233025.00 is recorded in the State of Maine ,
County of York Official Records, dated July 26, 2019 and recorded on July 26, 2019 as Book 18004 Page 39
Original Mortgagor(s): Sara Ohmeis
Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as Mortgagee, as nominee for Norwich Commercial Group, Inc. D/B/A Norcom Mortgage, ITS SUCCESSORS AND ASSIGNS
Property Address: 42 Summer St Biddeford ME 04005


Norwich Commercial Group, Inc. D/B/A Norcom Mortgage, ITS SUCCESSORS AND ASSIGNS
By: _____
Name: Melissa Rosario
Title: Vice President
STATE OF CT
COUNTY OF s.s.Hartford

Orion Financial Group Inc.

CMS/AOM/FIRST GUARANTY/MD

On March 7, 2023 before me, Carol Michaud, a Notary Public,
personally appeared Melissa Rosario, as Vice President
of Norwich Commercial Group, Inc. D/B/A Norcom Mortgage, ITS
SUCCESSORS AND ASSIGNS personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_____, Notary Public
Name: Carol Michaud
Date: 3-7-23
Commission #
Commission expires: 12-31-26

SEAL