# Exhibit F



| | | |
|---|---|---|
| FHA Loan? Y/N | Y | |

### To Exclude Amount Place "X" to the right of the Amount

| | | |
|---|---:|---|
| Account Number: | | |
| Good Through: | 8/31/2024 | |
| Principal: | $221,697.88 | |
| Interest: | $ 38,463.06 | |
| Interest From: | 8/1/2020 | |
| Interest To: | 8/31/2024 | |
| Last Interest Rate: | 4.250% | |
| Per Diem: | 26.173 | |
| Escrow Balance: | $ 29,830.96 | |
| FHA Premium Due HUD | $ 274.40 | |
| Late Charges: | $ 1,100.40 | |
| NSF Fee | $ - | |
| SpeedPay Fee | $ - | |
| Corporate Advance: | $ 2,196.28 | |
| Expense Advance: | $ 3,677.11 | |
| Deferred Amount: | $ - | |
| Unapplied/Suspense: | $ - | |
| Additional Escrow: "Tax" | $ - | |
| Additional Escrow: "Haz" | $ - | |
| Other: | | |
| Total: | $ 297,240.09 | |

| Interest Calculations: | 38463.06 | | | |
|---|---|---|---|---|
| 8/1/2020 | 8/1/2024 | 4.25 | $37,688.64 | |
| 8/1/2024 | 8/31/2024 | 4.25 | $774.42 | |

| Corporate Advance: | $2,196.28 | |
|---|---:|---|
| 2/8/2023 | $1,850.00 | FCL LEGAL FEES |
| 2/8/2023 | $336.00 | FCL TITLE SERVICES |
| 2/8/2023 | $10.28 | FCL Service Costs |

| Expense Advance: | $3,677.11 | |
|---|---:|---|
| 2/23/2023 | $70.00 | Property Registration |
| 3/1/2023 | $20.00 | Property Inspection |
| 3/1/2023 | $30.00 | Prop Pres - Photos |
| 3/22/2023 | $402.00 | Filing Fees |
| 3/22/2023 | $450.00 | FCL Attorney Fees |
| 4/4/2023 | $20.00 | Property Inspection |
| 4/7/2023 | $24.00 | FCL Recordation Costs |
| 5/8/2023 | $710.00 | FCL Attorney Fees |
| 5/8/2023 | $50.00 | FCL Title Fees |
| 5/8/2023 | $79.48 | FCL Proceedings Costs |
| 5/8/2023 | $2.00 | Foreclosure Court Costs |
| 5/8/2023 | $34.00 | FCL Recordation Costs |
| 8/17/2023 | $200.00 | MEDIATION COSTS |
| 8/17/2023 | $325.00 | FCL Proceedings Costs |
| 10/6/2023 | $20.00 | Property Inspection |
| 1/24/2024 | $450.00 | FCL Mediation 1st Session |
| 1/30/2024 | $30.00 | Property Inspection |
| 2/2/2024 | $0.63 | FCL Certified Mail Fees |
| 2/2/2024 | $250.00 | FCL Proceedings Costs |
| 2/28/2024 | $30.00 | Property Inspection |
| 3/6/2024 | $150.00 | FCL Proceedings Costs |
| 3/28/2024 | $30.00 | Property Inspection |
| 4/29/2024 | $30.00 | Property Inspection |
| 5/29/2024 | $30.00 | Property Inspection |
| 6/27/2024 | $150.00 | FCL Proceedings Costs |
| 6/28/2024 | $30.00 | Property Inspection |
| 7/31/2024 | $30.00 | Property Inspection |
| 8/28/2024 | $30.00 | Property Inspection |

escrow breakdown

| DATE | DESCRIPTION | DEPOSIT | DISBURSEMENT | ESC BALANCE |
|---|---|---|---|---|
| 07/22/2020 | BREAKDOWN STARTING BALANCE | | | $10.80 |
| 08/04/2020 | FHA Insurance | | ($151.51) | ($140.71) |
| 09/02/2020 | FHA Insurance | | ($148.88) | ($289.59) |
| 09/30/2020 | Interest on Escrow | $0.14 | | ($289.45) |
| 10/02/2020 | FHA Insurance | | ($148.88) | ($438.33) |
| 11/03/2020 | FHA Insurance | | ($148.88) | ($587.21) |
| 12/02/2020 | FHA Insurance | | ($148.88) | ($736.09) |
| 01/05/2021 | FHA Insurance | | ($148.88) | ($884.97) |
| 01/11/2021 | Maintenance Tax | | ($330.32) | ($1,215.29) |
| 01/11/2021 | City Tax | | ($4,074.68) | ($5,289.97) |
| 02/02/2021 | FHA Insurance | | ($148.88) | ($5,438.85) |
| 03/02/2021 | FHA Insurance | | ($148.88) | ($5,587.73) |
| 03/18/2021 | City Tax | | ($1,350.74) | ($6,938.47) |
| 04/02/2021 | FHA Insurance | | ($148.88) | ($7,087.35) |
| 05/04/2021 | FHA Insurance | | ($148.88) | ($7,236.23) |
| 06/02/2021 | FHA Insurance | | ($148.88) | ($7,385.11) |
| 07/02/2021 | FHA Insurance | | ($148.88) | ($7,533.99) |
| 07/08/2021 | Hazard Insurance | | ($1,283.00) | ($8,816.99) |
| 08/03/2021 | FHA Insurance | | ($148.88) | ($8,965.87) |
| 09/02/2021 | FHA Insurance | | ($146.14) | ($9,112.01) |
| 09/21/2021 | City Tax | | ($1,491.22) | ($10,603.23) |
| 10/05/2021 | FHA Insurance | | ($146.14) | ($10,749.37) |
| 11/02/2021 | FHA Insurance | | ($146.14) | ($10,895.51) |
| 12/02/2021 | FHA Insurance | | ($146.14) | ($11,041.65) |
| 01/04/2022 | FHA Insurance | | ($146.14) | ($11,187.79) |
| 02/02/2022 | FHA Insurance | | ($146.14) | ($11,333.93) |
| 03/02/2022 | FHA Insurance | | ($146.14) | ($11,480.07) |
| 03/22/2022 | City Tax | | ($1,491.21) | ($12,971.28) |
| 04/04/2022 | FHA Insurance | | ($146.14) | ($13,117.42) |
| 05/03/2022 | FHA Insurance | | ($146.14) | ($13,263.56) |
| 06/02/2022 | FHA Insurance | | ($146.14) | ($13,409.70) |
| 06/29/2022 | Hazard Insurance | | ($1,453.00) | ($14,862.70) |
| 07/05/2022 | FHA Insurance | | ($146.14) | ($15,008.84) |
| 08/02/2022 | FHA Insurance | | ($146.14) | ($15,154.98) |
| 09/02/2022 | FHA Insurance | | ($143.29) | ($15,298.27) |
| 10/04/2022 | FHA Insurance | | ($143.29) | ($15,441.56) |
| 10/11/2022 | City Tax | | ($1,570.44) | ($17,012.00) |
| 11/02/2022 | FHA Insurance | | ($143.29) | ($17,155.29) |
| 12/02/2022 | FHA Insurance | | ($143.29) | ($17,298.58) |
| 01/04/2023 | FHA Insurance | | ($143.29) | ($17,441.87) |
| 01/23/2023 | FHA Insurance | | ($143.29) | ($17,585.16) |
| 03/04/2023 | FHA Insurance | | ($143.29) | ($17,728.45) |
| 03/29/2023 | City Tax | | ($1,570.43) | ($19,298.88) |
| 04/05/2023 | FHA Insurance | | ($143.29) | ($19,442.17) |
| 05/05/2023 | FHA Insurance | | ($143.29) | ($19,585.46) |
| 06/05/2023 | FHA Insurance | | ($143.29) | ($19,728.75) |
| 07/05/2023 | FHA Insurance | | ($143.29) | ($19,872.04) |
| 08/05/2023 | FHA Insurance | | ($143.29) | ($20,015.33) |
| 09/05/2023 | FHA Insurance | | ($140.31) | ($20,155.64) |
| 09/12/2023 | Hazard Insurance | | ($261.32) | ($20,416.96) |
| 09/13/2023 | Hazard Insurance | | ($261.32) | ($20,678.28) |
| 09/22/2023 | City Tax | | ($1,945.70) | ($22,623.98) |
| 09/27/2023 | Hazard Insurance | | ($261.32) | ($22,885.30) |
| 10/05/2023 | FHA Insurance | | ($140.31) | ($23,025.61) |
| 10/26/2023 | Hazard Insurance | | ($261.32) | ($23,286.93) |
| 11/04/2023 | FHA Insurance | | ($140.31) | ($23,427.24) |
| 11/28/2023 | Hazard Insurance | | ($261.32) | ($23,688.56) |
| 12/05/2023 | FHA Insurance | | ($140.31) | ($23,828.87) |
| 01/01/2024 | Hazard Insurance | | ($261.32) | ($24,090.19) |
| 01/05/2024 | FHA Insurance | | ($140.31) | ($24,230.50) |
| 01/26/2024 | Hazard Insurance | | ($261.32) | ($24,491.82) |
| 02/05/2024 | FHA Insurance | | ($140.31) | ($24,632.13) |
| 02/28/2024 | Hazard Insurance | | ($261.32) | ($24,893.45) |
| 03/05/2024 | FHA Insurance | | ($140.31) | ($25,033.76) |
| 03/20/2024 | City Tax | | ($1,945.69) | ($26,979.45) |
| 03/27/2024 | Hazard Insurance | | ($261.32) | ($27,240.77) |
| 04/05/2024 | FHA Insurance | | ($140.31) | ($27,381.08) |
| 04/26/2024 | Hazard Insurance | | ($261.32) | ($27,642.40) |
| 05/04/2024 | FHA Insurance | | ($140.31) | ($27,782.71) |
| 05/29/2024 | Hazard Insurance | | ($261.32) | ($28,044.03) |
| 06/05/2024 | FHA Insurance | | ($140.31) | ($28,184.34) |
| 06/26/2024 | Hazard Insurance | | ($261.32) | ($28,445.66) |
| 07/05/2024 | FHA Insurance | | ($140.31) | ($28,585.97) |

| | | | |
|---|---|---|---|
| 07/26/2024 | Hazard Insurance | ($552.34) | ($29,138.31) |
| 08/05/2024 | FHA Insurance | ($140.31) | ($29,278.62) |
| 08/28/2024 | Hazard Insurance | ($552.34) | ($29,830.96) |
| | | | **($29,830.96)** |