## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC <br><br> PLAINTIFF <br><br> v. <br><br> SARA OHMEIS <br><br> DEFENDANT(S) | CIVIL ACTION NO: <br> 2:23-cv-00045-SDN |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff's Witnesses:

1. Serge Alexis, a representative of Carrington Mortgage Services, LLC capable of testifying concerning this mortgage and the records of the company and information contained therein.

   1600 South Douglass Road
   Suite 200-A
   Anaheim, CA 92806

2. Defendant and any witness(es) they may call

Plaintiff's Exhibits:

- Adjustable Rate Note (Home Equity Conversion)
- Adjustable Rate Home Equity Conversion Mortgage
- Assignments of Mortgage
- Power(s) of Attorney
- Corporate Merger Documentation
- Documentation of Notice of Default
- Documentation of Amounts Owed
- Documentation of Ownership of the Loan
- Documentation of Loss Mitigation History of the Loan
- Home Equity Loan Agreement

Plaintiff reserves the right to utilize additional witnesses and exhibits upon reasonable notice to Defendant.

Dated: November 15, 2024         By: */s/ Carrie Folsom*
                                     Carrie Folsom, Esq. #9510

                                        Attorney for Plaintiff
                                        KORDE & ASSOCIATES, P.C.
                                        707 Sable Oaks Dr., Suite 250
                                        South Portland, ME 04106
                                        (207) 775-6223 x25032
                                        CFolsom@kordeassociates.com
                                        MEFednotices@kordeassociates.com

22-001125

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC <br><br> PLAINTIFF <br><br> v. <br><br> SARA OHMEIS <br><br> DEFENDANT(S) | CIVIL ACTION NO: <br> 2:23-cv-00045-SDN |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date hereafter written, I electronically filed the documents hereinafter listed, all of which were filed on the same date, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    N/A

Further, I hereby certify that on the date hereafter written, I mailed by United States postal Service, the hereinafter listed documents, to the following non-registered participants, and no party has answered or appeared herein and the sole Defendant has been defaulted, however Plaintiff has sent all of the applicable materials to the following, notwithstanding:

Sara Ohmeis, 42 Summer Street, Apartment 1, Biddeford, ME 04005

Dated:  November 15, 2024             By: */s/ Carrie Folsom*
                                                   Carrie Folsom, Esq. #9510
                                                   Attorney for Plaintiff
                                                   KORDE & ASSOCIATES, P.C.
                                                   707 Sable Oaks Dr., Suite 250
                                                   South Portland, ME 04106
                                                   (207) 775-6223 x25032
                                                   CFolsom@kordeassociates.com
                                                   MEFednotices@kordeassociates.com