UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:23-cv-00045-SDN |
| SARA OHMEIS, | ) ) | |
| Defendant. | ) ) | |

## <u>JUDGMENT OF FORECLOSURE AND SALE</u>

**Address: 42 Summer Street, Biddeford, ME 04005**
**Mortgage: July 25, 2019**
**Book 18004, Page 39 of York County Registry of Deeds**

This matter came before the Court for a testimonial hearing on the Plaintiff's motion for default judgment on March 12, 2025 (ECF No. 55). In a separate Order, I granted that motion. Order on Pl.'s Mot. For Default Judgment (ECF No. 59). Judgment on Count I – Foreclosure is hereby **ENTERED** as follows:

1. If Defendant Sara Ohmeis or her heirs or assigns pay Plaintiff Carrington Mortgage Services, LLC ("Carrington") the amount adjudged due and owing ($296,325.30) within ninety days of the date of this Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Carrington shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket. The following is a breakdown of the amount due and owing as of August 31, 2024:

| | |
|---|---:|
| Principal Balance | **$221,697.88** |
| Accrued Interest | **$38,463.06** |
| Escrow Advance | **$29,830.96** |
| Late Charges | $183.40 |
| Property Inspection Fees | $300.00 |
| Property Preservation Fees | $100.00 |
| FHA Premium Due HUD | $274.40 |
| Attorney's Fees and Costs | $5,475.60 |
| Total | $296,325.30 |

2.  If Defendant or her heirs or assigns do not pay Carrington the amount adjudged due and owing ($296,325.30) within ninety days of this Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, her remaining rights to possession of the Property shall terminate, and Carrington shall conduct a public sale of the Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $296,325.30 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 7 of this Judgment, and in accordance with 14 M.R.S. § 6324. Carrington may seek a deficiency judgment against Defendant in accordance with 14 M.R.S. § 6324.

3.  In the event that Defendant and anyone occupying the premises do not vacate the property upon termination of their right to possession, Carrington may reopen this matter to seek a writ of assistance and/or writ of possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4.  Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying the applicable period has expired without action or the final judgment has been entered following appeal.

5. The Plaintiff is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S. § 2401(3).

6. The amount due and owing is $296,325.30.

7. Carrington Mortgage Services, LLC, has first priority, in the amount of $296,325.30, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who have second priority.

8. Additional pre-judgment interest is accruing and post-judgment interest will accrue at a rate of 4.25% per annum in accordance with the Note and 14 M.R.S. § 1602-B. Plaintiff has foregone any right to a higher interest rate that may be allowable under 14 M.R.S. § 1602-C.

9. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

   a. The docket number of this case is No. 2:23-cv-00045-SDN.

   b. Defendant, the only party to these proceedings beside Carrington, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

   c. The street address of the real estate involved is 42 Summer Street, Biddeford, ME, 04005. The Mortgage was executed by Defendant Sara Ohmeis on July 25, 2019. The book and page number of the Mortgage in the York County Registry of Deeds is Book 18004, Page 39.

   d. The names and addresses of all parties to this action and their counsel of record are identified as follows:

    i.  Carrington Mortgage Services, LLC
        1600 South Douglass Road
        Suite 200-A
        Anaheim, CA 92806

Counsel:    Carrie Folsom, Esq., #9510
        Korde & Associates, P.C.
        707 Sable Oaks Dr., Suite 250
        South Portland, ME 04106
        (207) 775-6223

    ii.  Sara Ohmeis
        42 Summer Street, Apartment 1
        Biddeford, ME 04005

Counsel:    Pro Se

SO ORDERED.

                    /s/ Stacey D. Neumann
                    United States District Judge

Dated this 16th day of April, 2025.