UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SARA OHMEIS, <br><br> Defendant. | ) ) ) ) ) ) 2:23-cv-00045-SDN ) ) ) ) ) |

### ORDER DENYING MOTION FOR WRIT OF POSSESSION

**Address: 42 Summer Street, Biddeford, ME 04005**
**Mortgage: July 25, 2019**
**Book 18004, Page 39 of York County Registry of Deeds**

On January 21, 2026, the Plaintiff moved for a Writ of Possession regarding the property at issue. ECF No. 65. The Court, having reviewed the motion and supporting evidence in the record, finds Plaintiff has failed to provide the necessary evidentiary foundation for the Court to grant the requested relief. Specifically, the record is deficient in several material respects: Plaintiff failed to provide sufficient proof of conveyance by way of the foreclosure deed; failed to submit a sufficient timeline regarding the specific date the deed was executed; and failed to support the motion with a sworn affidavit establishing all material facts and authenticating the underlying documents.

Given these omissions, the Court cannot verify the Plaintiff's current right to possession.

Accordingly, Plaintiff's motion is **DENIED** without prejudice. Plaintiff is granted leave to refile the motion upon the submission of the missing documentation and a comprehensive supporting affidavit.

2

**SO ORDERED.**

Dated this 4th day of February, 2026.

<u>/s/ Stacey D. Neumann</u>
**UNITED STATES DISTRICT JUDGE**
